*J. Dawley* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. Fred E. Strine* and *W. Marvin Smith* for the United States.

No. 835. M. McDONOUGH Co. *v.* WALDORF SYSTEM, INC. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. A. G. Gould* for petitioner. *Mr. Frank H. Stewart* for respondent.

No. 839. STERLING *v.* COMMISSIONER OF INTERNAL REVENUE. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward Holloway* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.

No. 851. GRUNWALD ET AL. *v.* UNITED STATES; and
No. 852. LUBITZKY *v.* SAME. April 11, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederic M. P. Pearse* for petitioners. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States. Reported below: 94 F. 2d 952.

No. 854. UNITED STATES *v.* MOOR. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Solictor General Jackson* for petitioner. No appearance for respondent.